1  KYLE M. FISHER (SBN 127334)
   *kfisher@frigolaw.com*
2  JOHN N. MACLEOD (SBN 269073)
   *jmacleod@frigolaw.com*
3  FRIEDEMANN GOLDBERG LLP
   420 Aviation Boulevard, Suite 201
4  Santa Rosa, California  95403
   Telephone:  (707) 543-4900
5  Facsimile:  (707) 543-4910

6  Attorneys for Defendant
   FIRST NATIONAL BANK OF
7  NORTHERN CALIFORNIA

8

9                    UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | PI-NET INTERNATIONAL, INC., | Case No. 3:12-cv-04957-JCS |
13 | Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
14 | vs. | |
15 | FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, | |
16 | Defendant. | |

Pursuant to Local Rule 6-1(a), Defendant First National Bank of Northern California, ("FNBNC"), and Plaintiff Pi-Net International, Inc., ("PI-NET"), hereby stipulate, by and through their respective counsel, that the time for FNBNC to respond to PI-NET's Complaint shall be extended from December 10, 2012 to December 27, 2012.

DATED: December 5, 2012					FRIEDEMANN GOLDBERG LLP


						By:  /s/ Kyle M. Fisher
						    KYLE M. FISHER
						    Attorneys for Defendant
						    FIRST NATIONAL BANK
						    OF NORTHERN CALIFORNIA


DATED: December 6, 2012					KAPP, PETERSEN & CLARKE


						By:  /s/ Andre E. Jardini
						    ANDRE E. JARDINI
						    Attorneys for Plaintiff
						    PI-NET INTERNATIONAL, INC.

*Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, Kyle M. Fisher hereby attests that concurrence in the filing of this document has been obtained.*

Dated: 12/7/12

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA