KYLE M. FISHER (SBN 127334)
*kfisher@frigolaw.com*
JOHN N. MACLEOD (SBN 269073)
*jmacleod@frigolaw.com*
FRIEDEMANN GOLDBERG LLP
420 Aviation Boulevard, Suite 201
Santa Rosa, California  95403
Telephone:  (707) 543-4900
Facsimile:  (707) 543-4910

Attorneys for Defendant
FIRST NATIONAL BANK OF
NORTHERN CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | Case No. 3:12-cv-04957-JCS |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, | |
| Defendant. | |

1    Pursuant to Local Rule 6-1(a), Defendant First National Bank of Northern California,
2 ("FNBNC"), and Plaintiff Pi-Net International, Inc., ("PI-NET"), hereby stipulate, by and through
3 their respective counsel, that the time for FNBNC to respond to PI-NET's Complaint shall be
4 extended from December 10, 2012 to December 27, 2012.

6 DATED: December 5, 2012            FRIEDEMANN GOLDBERG LLP

8                                    By: /s/ Kyle M. Fisher
                                         KYLE M. FISHER
9                                        Attorneys for Defendant
                                         FIRST NATIONAL BANK
10                                       OF NORTHERN CALIFORNIA

11 DATED: December 6, 2012            KAPP, PETERSEN & CLARKE

14                                   By: /s/ Andre E. Jardini
                                         ANDRE E. JARDINI
                                         Attorneys for Plaintiff
15                                       PI-NET INTERNATIONAL, INC.

*Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, Kyle M. Fisher hereby attests that concurrence in the filing of this document has been obtained.*

Dated: 12/7/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA