KYLE M. FISHER (SBN 127334)
*kfisher@frigolaw.com*
JOHN N. MACLEOD (SBN 269073)
*jmacleod@frigolaw.com*
FRIEDEMANN GOLDBERG LLP
420 Aviation Boulevard, Suite 201
Santa Rosa, California  95403
Telephone:  (707) 543-4900
Facsimile:  (707) 543-4910

Attorneys for Defendant
FIRST NATIONAL BANK OF
NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>              Plaintiff,<br><br>       vs.<br><br>FIRST NATIONAL BANK OF<br>NORTHERN CALIFORNIA,<br><br>              Defendant. | Case No. 3:12-cv-04957-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  Pursuant to Local Rule 6-1(a), Defendant First National Bank of Northern California,
2  ("FNBNC"), and Plaintiff Pi-Net International, Inc., ("PI-NET"), hereby stipulate, by and through
3  their respective counsel, that the time for FNBNC to respond to PI-NET's Complaint shall be
4  extended from December 27, 2012 to January 28, 2013.

6  DATED: December 24, 2012					FRIEDEMANN GOLDBERG LLP

8								By: /s/ Kyle M. Fisher
								KYLE M. FISHER
9								Attorneys for Defendant
								FIRST NATIONAL BANK
10								OF NORTHERN CALIFORNIA

11  DATED: December 21, 2012					KAPP, PETERSEN & CLARKE
12

14								By: /s/ Andre E. Jardini
								ANDRE E. JARDINI
								Attorneys for Plaintiff
15								PI-NET INTERNATIONAL, INC.

17  *Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Kyle M. Fisher hereby attests that concurrence in the filing of this document has been obtained.*

19  Dated: 1/4/13

**IT IS SO ORDERED**

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA