FRIEDEMANN GOLDBERG LLP
Kyle M. Fisher (SBN 127334)
John N. MacLeod (SBN 269073)
420 Aviation Boulevard, Suite 201
Santa Rosa, California 95403
Telephone:  (707) 543-4900
Facsimile:  (707) 543-4910
kfisher@frigolaw.com
jmacleod@frigolaw.com

POLSINELLI SHUGHART LLP
Wesley D. Hurst (SBN 127564)
1801 Century Park East, Suite 1801
Los Angeles, California 90067
Telephone:  (310) 556-1801
Facsimile:  (310) 556-1802
whurst@polsinelli.com

*Attorneys for Defendant/Counterclaimant*
*First National Bank of Northern California*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>FIRST NATIONAL BANK OF NORTHERN CALIFORNIA,<br><br>          Defendant. | Case No. 3:12-cv-04957-JCS<br><br>**STIPULATION TO EXTEND TIME TO EXCHANGE INITIAL DISCLOSURES** |

Plaintiff Pi-Net International, Inc. and Defendant First National Bank of Northern California hereby stipulate, by and through their respective counsel, that the time for Plaintiff and Defendant to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be extended to February 15, 2013.

By Order of this Court on prior stipulation of the parties, the time to complete initial disclosures was previously continued from December 28, 2012, to February 1, 2013.  The current requested extension is sought to provide adequate time to make thorough and meaningful disclosures, Defendant having recently

associated new counsel and filed its Answer and Counterclaim. The requested extension should not have any effect on the remaining schedule for this case.

DATED: February 1, 2013    POLSINELLI SHUGHART LLP

By: /s/ Wesley D. Hurst
Wesley D. Hurst (SBN 127564)

and

FRIEDEMANN GOLDBERG LLP
Kyle M. Fisher (SBN 127334)
John N. MacLeod (SBN 269073)

*Attorneys for Defendant First National Bank of Northern California*

DATED: February 1, 2013    KNAPP, PETERSEN & CLARKE

By: /s/ Andre E. Jardini
Andre E. Jardini (SBN 71335)
K.L. Myles (SBN 243272)

*Attorneys for Plaintiff Pi-Net International, Inc.*

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3) regarding signatures, the filer hereby attests that concurrence in the filing of this document has been obtained.*

Dated: 2/4/13

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

2
STIPULATION TO EXTEND TIME TO EXCHANGE INITIAL DISCLOSURES