

2049 Century Park East, Suite 2300, Los Angeles, CA 90067 • 310.556.1801

May 2, 2013

Wesley D. Hurst
Direct: (310) 203-5337
whurst@polsinelli.com

**VIA ECF**

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE:  Pi-Net International, Inc. v. First National Bank of Northern California
     Case No. 3:12-cv-04957-JCS
     Request to participate in case management conference by telephone

To The Honorable Magistrate Judge Spero:

I am counsel for Defendant and Counterclaimant First National Bank of Northern California ("FNBNC") in the above-referenced matter and respectfully request the ability to participate in the May 10, 2013 Case Management Conference by telephone. I appeared in person at the first two case management conferences in this matter. The May 10, 2013 case management conference is for the purpose of reporting on the status of settlement discussions and to explore if other settlement proceedings would be appropriate.

I practice in Los Angeles and have other obligations on May 10, 2013 and would appreciate the Court's approval of this request. I will be prepared to discuss all settlement and other case issues on the afternoon of May 10, 2013.

I will be available and can be reached at **(310) 203-5337**.

Respectfully,

*/s/ Wesley D. Hurst*
Wesley D. Hurst

IT IS SO ORDERED that counsel for First National Bank of Northern California will be on standby at 1:30 p.m. on May 10, 2013 and will await the Court's call.

Dated:  5/6/13                                   _____
                                                 Hon. Joseph C. Spero