André E. Jardini, Bar No. 71335
aej@kpclegal.com
Hilary M. Goldberg, Bar No. 237993
hmg@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Joseph S. Farzam, Bar No. 210817
farzam@lawyer.com
JOSEPH FARZAM LAW FIRM
1875 Century Park East, Suite 1345
Los Angeles, California 90067
Telephone: (310) 226-6890
Facsimile: (310) 226-6891

Attorneys for Plaintiff and Counter-Defendant
PI-NET INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br> v. <br> FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, <br><br> Defendant. <br><br> FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, <br><br> Counter-Claimant, <br> v. <br> PI-NET INTERNATIONAL, INC., <br><br> Counter-defendant. | NO. C12-4957 JCS <br><br> Loc.: G <br><br> Judge: The Hon. Joseph C. Spero <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Pi-Net International, Inc. and Defendant and Counter-Claimant,

-1-

1 First National Bank of Northern California, hereby stipulate to the dismissal, with
2 prejudice, of all claims and counterclaims and causes of action brought in this case.
3 Each party shall bear its own costs, expenses and attorneys' fees.

Dated: June 6, 2013               KNAPP, PETERSEN & CLARKE


By: /s/ André E. Jardini
    André E. Jardini
    Hilary M. Goldberg
    Attorneys for Plaintiff and Counter-
    Defendant PI-NET
    INTERNATIONAL, INC.


Dated: June 6, 2013               POLSINELLI SHUGHART LLP


By: /s/ Wesley D. Hurst
    Wesley D. Hurst
    Attorneys for Defendant and
    Counter-Claimant FIRST
    NATIONAL BANK OF
    NORTHERN CALIFORNIA


    IT IS SO ORDERED.

Dated:  06/07/13

The Hon. Judge Joseph C. Spero
Judge of the United States District Court